FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 03, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JACQUELINE A.,<br><br>                Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO,<br>  Commissioner of Social Security,<br><br>                Defendant. | NO: 1:25-CV-3098-TOR<br><br>ORDER GRANTING STIPULATED MOTION FOR REMAND |

BEFORE THE COURT is the parties' Motion for a Stipulated Remand (ECF No. 13). The parties agree that this case should be reversed and remanded for further administrative proceedings.

**IT IS HEREBY ORDERED:**

1. The Parties' Motion for a Stipulated Remand (ECF No. 13) is **GRANTED**.

2. Based on the stipulation between the parties it is hereby ORDERED that the above-captioned case be **REVERSED and REMANDED.** Upon remand, the Appeals Council will instruct the Administrative Law Judge (ALJ) to re-

ORDER GRANTING STIPULATED MOTION FOR REMAND ~ 1

evaluate the evidence of record, reevaluate the prior administrative medical findings, reevaluate Plaintiff's residual functional capacity, obtain supplemental vocational evidence, take any other action necessary to complete the administrative record, and issue a new decision.

3. The parties agree that reasonable attorney fees will be awarded under the Equal Access to Justice Act, 28 U.S.C. § 2412, upon proper request to the Court.

The District Court Executive is hereby directed to file this Order, provide copies to counsel, enter **JUDGMENT** for Plaintiff, and **CLOSE** the file.

**DATED** November 2, 2025.



THOMAS O. RICE
United States District Judge

ORDER GRANTING STIPULATED MOTION FOR REMAND ~ 2