AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

JACQUELINE A.,

    *Plaintiff*

v.

FRANK BISIGNANO,
Commissioner of Social Security,

    *Defendant*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Feb 11, 2026**

SEAN F. McAVOY, CLERK

Civil Action No. 1:25-CV-3098-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ ____ ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Motion for EAJA Attorney's Fees (ECF No. 16) is GRANTED. The Commissioner is directed to pay EAJA fees in the amount of $5,272.59 for attorney's fees and costs. The EAJA award shall be made payable directly to Plaintiff's attorney (using his full name), and mailed to D. James Tree, 3711 Englewood Avenue, Yakima, Washington 98902.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Thomas O. Rice

Date: 2/11/2026

*CLERK OF COURT*

s/Sean F. McAvoy
*Signature of Clerk*